```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CAI NGO                              *        CIVIL ACTION
                                     *
VERSUS                               *        NO. 11-1272
                                     *
SKYLITE ELECTRICAL SERVICES, INC.    *
ET AL.                               *        SECTION "B"(1)
```

                                 ORDER

     Considering the Consent Motion to Continue Pre-Trial Conference and Trial, filed by Skylite Electrical Services, Inc., (Rec. Doc. No. 26),

     **IT IS ORDERED** that the trial of this matter, currently set for May 14, 2012 and the pre-trial conference, currently set for April 12, 2012, are hereby **CONTINUED.**

     **IT IS FURTHER ORDERED** that **no later than April 30, 2012** parties shall jointly submit a written status report to Chambers on the pending bankruptcy proceedings noted in the instant motion, along with parties' positions relative to the impact of those proceedings upon this case.

     **IT IS FURTHER ORDERED** that in view of the above, this case is **administratively closed** for statistical purposes only, without prejudice to the parties' right to reopen the case upon timely compliance with the orders contained herein. A motion to reopen shall be filed **no later than 14 days** after either appropriate relief is obtained in the bankruptcy proceeding to proceed or final

resolution of those proceedings is achieved.  Failure to timely file the motion to reopen will lead to dismissal of this action without further notice.

New Orleans, Louisiana, this 26th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE